## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**ELAINE L. CHAO**, Secretary of Labor,
United States Department of Labor,

Petitioner,

Case No. 06-MC-33

        v.

**MARV'S HOMETOWN AUTO
SERVICE, INC.,**

Respondent.

---

## ORDER

---

       Petitioner, **ELAINE L. CHAO,** Secretary of Labor, United States Department of Labor ("Petitioner"), by her attorneys, filed a Request for Order to Show Cause of Respondent **MARV'S HOMETOWN AUTO SERVICE, INC.,** a corporation, for Civil Contempt. The court heard the matter on August 17, 2006. Based upon the hearing held in the matter,

       **IT IS HEREBY ORDERED** that Respondent is in civil contempt of this court for failure to comply with the court's order of July 10, 2006. Respondent failed to provide Petitioner with the requested documents on July 24, 2006. The requested documents are listed in Petitioner's July 12, 2006 letter. A true and correct copy of the July 12, 2006 letter is attached to Petitioner's Request for Order to Show Cause as Exhibit A.

       **IT IS HEREBY ORDERED** that in order to purge itself of civil contempt, Respondent shall remit to Petitioner a certified check or money order of $200.00. The Respondent was initially ordered to make the $200.00 payment by September 1, 2006. If that payment has not been made, an extension is granted to September 28, 2006. The check or money order shall be payable to the

"United States Department of Labor". Respondent shall forward the certified check or money order of $200.00 to Office of the Solictor-8th Floor, United States Department of Labor, 230 South Dearborn Street, Chicago, IL 60604.

Upon failure of the Respondent to purge itself of contempt of this court (in the manner and within the time set forth above) the Petitioner's attorney shall file an affidavit or declaration with this court informing this court that Respondent failed to comply with this order.

**IT IS FURTHER ORDERED** that Respondent shall cooperate with Petitioner if any further documents are needed in order for the Petitioner to complete its investigation. Respondent shall provide Petitioner with any further documents within ten (10) days of the Petitioner's request.

**IT IS ALSO ORDERED** that the U.S. Marshal serve a copy of this order on the Respondent within ten (10) days of the date of this order.

Dated this ___7th___ day of September 2006.

s/ William C. Griesbach
**HONORABLE WILLIAM C. GRIESBACH**
**UNITED STATES DISTRICT COURT JUDGE**
